TOBIAS, J.,
concurs.
hi respectfully concur. I agree with the majority that the law of the case doctrine is inapplicable herein and the contract at issue does contain a stipulation pour au-trui that benefits Cora Williams. However, although the contract may benefit Mrs. Williams, I find genuine issues of material fact from the record evidence preclude any inference whatsoever that DRC Emergency Services, Inc. is liable for any damages in this case.[1] For example, the photographs in evidence do not demonstrate to the naked eye that 5237 Lakeview Court is a townhouse double and that a separate a distinct unit, 5235 Lakeview Court, was part thereof. That DRC was requested to demolish 5237 Lakeview Court by the city of New Orleans/ Beck Disaster Recovery, does not establish that DRC was necessarily required or even obligated to question whether two separate addresses/residences were contained in the structure before beginning their' demolition work. Such determination, based upon all facts produced at trial, will decide that issue.

. It is unclear to me why any party would seek a partial motion for summary judgment as to whether the contract contains a stipulation pour autrui, because the facts of this case and the law between the parties are so integrally related. That a stipulation pour auturi exists does not mean in'any way that the appellant is automatically- liable in this case.